```
GARY M. RESTAINO
United States Attorney
District of Arizona
JOSH A. C. ACKERMAN
Assistant United States Attorney
State Bar No. 020088
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520.620.7300
Email: josh.ackerman@usdoj.gov@usdoj.gov
Attorneys for Plaintiff
```

FILED

2022 APR 20  PM 5: 52

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR22-00761 TUC-JGZ(BGM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>    vs.<br><br>Jesus Manuel Ontiveros-Iribe,<br><br>            Defendant. | **I N D I C T M E N T**<br><br>Violation:<br>8 U.S.C. § 1326(a)(enhanced by<br>8 U.S.C. § 1326(b)(2))<br><br>(Reentry of Removed Alien) |

**THE GRAND JURY CHARGES:**

On or about March 27, 2022, in the District of Arizona, to wit: at or near Lukeville, Jesus Manuel Ontiveros-Iribe, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Nogales, Arizona, on or about January 7, 2020, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland

/ / /

1  Security to reapply for admission thereto; in violation of Title 8, United States Code,
2  Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(2).

A TRUE BILL

/ S /

FOREPERSON OF THE GRAND JURY
Dated:   April 20, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

/ S /

JOSH A. C. ACKERMAN
Assistant United States Attorney

REDACTED FOR
PUBLIC DISCLOSURE